[No. 71621-2-I.  Division One.  May 18, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. DALE PERCIVAL, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 12-1-00209-5, John M. Meyer, J., entered February 27, 2014. *Affirmed in part* and *remanded with instructions* by unpublished per curiam opinion.

[No. 71710-3-I.  Division One.  May 18, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. PABLO DELACRUZ-PEREZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-11622-3, Monica J. Benton, J., entered February 28, 2014. *Affirmed* by unpublished per curiam opinion.

[No. 71906-8-I.  Division One.  May 18, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MILAN STRIBRNY, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-02204-1, James D. Cayce, J., entered May 2, 2014. *Affirmed in part*, *reversed in part*, and *remanded with instructions* by unpublished per curiam opinion.

[No. 46068-8-II.  Division Two.  May 19, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. TIM MICHAEL DUGGINS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 13-1-00961-1, Carol Murphy, J., entered February 28, 2014. *Affirmed* by unpublished opinion per Lee, J., concurred in by Worswick and Maxa, JJ.